HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
IFRAN CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:17-cr-118-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| IFRAN CALDERON, et al., | ) DATE: September 15, 2017<br>) TIME: 9:00 a.m.<br>) JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) |

Plaintiff, United States of America, by and through Assistant United States Attorney CAMERON DESMOND and Assistant Federal Defender MIA CRAGER on behalf of defendant IFRAN CALDERON and SHARI RUSK, attorney on behalf of defendant FABIAN ESTRADA, hereby stipulate to continue the status conference from September 15, 2017 to November 17, 2017 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review the discovery with the defendants and to continue investigation. The defense has requested further discovery from the government, and will need time to review that discovery when it is disclosed. Defense counsel has already notified the Spanish language court interpreter of this request for continuance and will notify her of the new date if the matter is continued.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including November 17, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: September 13, 2017

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
IFRAN CALDERON


/s/ *Shari Rusk*
SHARI RUSK
Attorney for Defendant
FABIAN ESTRADA

Dated: September 13, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 17, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 15, 2017 status conference shall be continued until November 17, 2017, at 9:00 a.m.

Dated: September 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge