| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | OFFICE OF THE FEDERAL DEFENDER |
| 4 | 801 "I" Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 5 | |
| | Attorney for Defendant |
| 6 | IFRAN CALDERON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-118-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: November 17, 2017 |
| IFRAN CALDERON, et al., | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney CAMERON DESMOND and Assistant Federal Defender MIA CRAGER on behalf of defendant IFRAN CALDERON and SHARI RUSK, attorney on behalf of defendant FABIAN ESTRADA, hereby stipulate to continue the status conference from November 17, 2017 to January 12, 2018 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel time to review recently-disclosed discovery with the defendants and to continue investigation. Defense counsel has already notified the Spanish language court interpreter of this request for continuance and will notify her of the new date if the matter is continued.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 12, 2018; pursuant to 18 U.S.C.

| | |
|---|---|
| 1 | §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 |
| 2 | based upon continuity of counsel and defense preparation. |

   Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

                                    Respectfully submitted,

Dated: November 15, 2017            HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ *Mia Crager*
                                    MIA CRAGER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    IFRAN CALDERON


                                    /s/ *Shari Rusk*
                                    SHARI RUSK
                                    Attorney for Defendant
                                    FABIAN ESTRADA

Dated: November 15, 2017
                                    PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ Cameron Desmond
                                    CAMERON DESMOND
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 12, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 17, 2017 status conference shall be continued until January 12, 2018, at 9:00 a.m.

Dated: November 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge