HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
IFRAN CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-118-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: March 23, 2018 |
| IFRAN CALDERON, et al., | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Garland E. Burrell, Jr. |

Plaintiff, United States of America, by and through Assistant United States Attorney CAMERON DESMOND and Assistant Federal Defender MIA CRAGER on behalf of defendant IFRAN CALDERON hereby stipulate to continue the status conference from March 23, 2018 to April 6, 2018 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel time to continue to review discovery with the defendant, to continue investigation, and to discuss possible resolutions with the defendant. Defense counsel has already notified the Spanish language court interpreter of this request for continuance and will notify her of the new date if the matter is continued.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 6, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: March 21, 2018	HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
IFRAN CALDERON

Dated: March 21, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 6, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered that the March 23, 2018 status conference shall be continued until April 6, 2018, at 9:00 a.m.

Dated: March 22, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge