HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
IFRAN CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-118-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| | ) | |
| IFRAN CALDERON, et al., | ) | Date:  June 29, 2018 |
| | ) | TIME:  9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell, Jr. |
| | ) | |
| | ) | |

Plaintiff, United States of America, and defendant, Ifran Calderon, hereby stipulate that the status conference scheduled for June 29, 2018, may be continued to July 13, 2018 at 9:00 a.m.

Defense of Mr. Calderon was recently reassigned within the Federal Defender's Office.  New counsel has met with Mr. Calderon but seeks additional time to consult with him and to review a resolution recently proposed by the government.  To assure reasonable time for effective preparation, the parties agree that time under the Speedy Trial Act should be excluded

from the date of this order through July 13, 2018, pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)(Local Code T4).  The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER WILLIAMS
Federal Public Defender

Dated:  June 22, 2018        /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Counsel for Mr. Calderon


                            McGREGOR W. SCOTT
                            United States Attorney


Dated:  June 22, 2018        /s/ T. Zindel for C. Desmond
                            CAMERON DESMOND
                            Assistant U.S. Attorney


                    **O R D E R**

The status conference set for June 29, 2018, is continued to July 13, 2018, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through July 13, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.
Dated:  June 26, 2018


GARLAND E. BURRELL, JR.
Senior United States District Judge

*United States v. Ifran Calderon*
Stipulation and Order