```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  CAMERON L. DESMOND
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00118-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| IFRAN CALDERON, | DATE: July 13, 2018 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 13, 2018.

2. By this stipulation, defendant now moves to continue the status conference until July 20, 2018, and to exclude time between July 13, 2018, and July 20, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes multiple investigative reports, interview reports, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review the evidence with his client and conduct legal analysis regarding sentencing exposure and discuss resolution options

with his client.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 13, 2018 to July 20, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: July 10, 2018          McGREGOR W. SCOTT
                  United States Attorney

                  /s/ CAMERON L. DESMOND
                  CAMERON L. DESMOND
                  Assistant United States Attorney

Dated: July 10, 2018           /s/ Timothy Zindel
                  Timothy Zindel
                  Counsel for Defendant
                  IFRAN CALDERON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 11, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge