HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
IFRAN CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>IFRAN CALDERON, et al.,<br><br>               Defendants. | No. 2:17-cr-118-GEB<br><br>**STIPULATION AND ORDER**<br>**RE INSTITUTIONAL RECOMMENDATION**<br><br>JUDGE: Hon. Garland E. Burrell, Jr. |

Plaintiff, United States of America, and defendant, Ifran Calderon, hereby stipulate that the Court should include the following institutional recommendation in the written judgment:

"The Court recommends that defendant be incarcerated at an institution providing vocational training and employment."

/////
/////
/////
/////

Defense counsel regrets that he neglected to make this request, which Mr. Calderon had asked him to make, at time of sentencing.

Respectfully submitted,

HEATHER WILLIAMS
Federal Public Defender

Dated: November 2, 2018      /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Counsel for Mr. Calderon


                             McGREGOR W. SCOTT
                             United States Attorney

Dated: November 2, 2018      /s/ T. Zindel for C. Desmond
                             CAMERON DESMOND
                             Assistant U.S. Attorney


**O R D E R**

The Court recommends that defendant be incarcerated at an institution providing vocational training and employment. This recommendation will be reflected in the written judgment provided to the Bureau of Prisons.

IT IS SO ORDERED.

Dated: November 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge